IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00332-RJC-DSC

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JASON DEMARCUS HEMPHILL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion for a third continuance of this 18 U.S.C. § 922(g) case following counsel contracting COVID-19 in late November 2020. (Doc. No. 18).

In order to protect the defendant's interest in a speedy trial, the Court finds a statement of the defendant's own position on counsel's requested continuance would assist the determination under 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that counsel shall file a pleading after consulting with the defendant stating whether the defendant consents to the requested continuance. After such pleading is filed, the Court will determine the merits of the instant motion.

Signed: January 11, 2021

Robert J. Conrad, Jr.
United States District Judge